Brenda Kay Levy

v

Fed Ex Corporation

Brenda Kay Leavy

v

FedEx Corporation

JOHN T. FOWLKES, JR.

TU M. PHAM