# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **BRENDA KAY LEAVY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Case No. 2:19-cv-02705-JTF-tmp |
| | ) |
| **FEDEX CORPORATION,** | ) |
| | ) |
| Defendant. | ) |

## ORDER DENYING MOTIONS TO VACATE JUDGMENT AND FOR SANCTIONS

Before the Court are two post-judgment motions filed by Plaintiff Brenda Kay Leavy. On November 13, 2025, Leavy filed a Motion to Vacate Judgment pursuant to Rule 60(b)(4). (ECF No. 70.) On December 4, 2025, Plaintiff filed a Motion for Sanctions pursuant to Rule 11(c). (ECF No. 73.) For the reasons that follow, both motions are **DENIED**.

Leavy argues that Court lacked jurisdiction to enter Judgment and dismissed her case without due process. (ECF No. 70.) Leavy's jurisdictional and due process arguments are frivolous, contradicted by the record, and not filed within a reasonable time. *See* Fed. R. Civ. P. 60(c)(1). Judgment was entered in this case on August 23, 2021, after the Court considered Leavy's objections to and adopted the Magistrate Judge's recommendation that FedEx's summary judgment motion be granted. (ECF Nos. 49, 52–53.) The Sixth Circuit has decided all issues in this case and rejected Leavy's arguments. (*See* ECF Nos. 63–69.) Leavy's Rule 60 Motion (ECF No. 70) is **DENIED**.

After the Judgment of this Court was affirmed on appeal, and Leavy's motions to recall the Sixth Circuit's mandate and for sanctions in the appellate court were denied, she filed the sanctions

motion before the Court. (*See* ECF Nos. 63–69, 73.) The Sixth Circuit, in denying her motions, also found that Leavy was a persistent filer of "frivolous documents" and imposed filing restrictions. (*See* ECF No. 69.) As a threshold matter, it appears that Leavy failed to comply with Rule 11's requirement that a sanctions motion be served on the allegedly offending party 21 days before being served on the Court. *See* Fed. R. Civ. P. 11(c)(2). (*See* ECF No. 73 at 10.) Additionally, it appears that Leavy's sanctions motion is frivolous and merely rehashes the arguments she made regarding her allegations of Family and Medical Leave Act violations and that the proffered reasons for her termination were pretextual. Those arguments have been addressed and rejected on the merits by this Court and the Sixth Circuit. Leavy's Motion for Sanctions (ECF No. 73) is **DENIED**.

Leavy is cautioned that additional frivolous filings may result in sanctions, including filing restrictions.

**IT IS SO ORDERED** this 18th day of December, 2025.

/s/ ***John T. Fowlkes, Jr.***
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE