IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| Brenda Kay Leavy, | ) |
| Plaintiff, | ) |
| vs. | ) Case 2:19-cv-02705-JTF-tmp |
| FedEx Corporation, | ) |
| Defendant, | ) |

**APPEAL FROM ORDER DENYING MOTION TO VACATE VOID JUDGMENT UNDER RULE 60(B)(4)**

NOTICE IS HEREBY GIVEN that Plaintiff, Brenda Kay Leavy, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order entered by this Court denying Plaintiff's Motion to Vacate a Void Judgment pursuant to Federal Rule of Civil Procedure 60(b)(4). This appeal is taken from the final, appealable order entered on December 18, 2025.

Plaintiff appeals **only** the denial of the Rule 60(b)(4) motion and the court's refusal to vacate a void judgment.

Respectfully submitted,

/s/ Brenda Kay Leavy
Brenda Kay Leavy, *Pro Se*
Email: bkmeeks1@att.net

Date: December 21, 2025

1

# CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2025, I electronically served a true and correct copy of the foregoing **Notice of Appeal** on counsel for Defendant by electronic mail, addressed as follows:

Mr. Barak Jonathan Babcock
Federal Express Corporation
3620 Hacks Cross Road Building B
3rd Floor Memphis, TN 38125

Service was made pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.

Respectfully submitted,

<u>s/ Brenda Kay Leavy</u>
Brenda Kay Leavy, *Pro Se*
Email: bkmeeks1@att.net