December 2, 2025

**Joseph B. Reafsnyder**
Federal Express Corporation
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, TN 38125

**Re:** Notice of Rule 11 Safe Harbor – Opportunity to Withdraw or Correct Filing

Dear Mr. Reafsnyder,

Enclosed please find Plaintiff's Rule 11 Motion and supporting exhibits, served pursuant to the 21-day safe harbor provision of Fed. R. Civ. P. 11(c)(2). This service is provided to ensure Defendant's counsel has full notice of the motion and its contents.

This motion is being served because Plaintiff asserts that FedEx and its counsel have submitted inconsistent, misleading, and contradictory statements and evidence throughout this litigation, including sworn declarations and prior agency submissions. The enclosed materials identify the specific conduct at issue.

Sincerely,

*Brenda K. Leavy*
**Brenda K. Leavy**
Pro Se Plaintiff
5036 Overview Ridge Cv
Memphis, TN 38141
Email: Bkmeeks1@att.net