#### Your shipment was delivered 886684096562

| | |
|---|---|
| From: | FedEx Tracking (trackingupdates@fedex.com) |
| To: | bkmeeks1@att.net |
| Date: | Thursday, December 4, 2025 at 09:49 AM CST |



## Your shipment was delivered.

**Delivery Date**
Thu, 12/04/2025
9:41am

**Delivered to**
3620 HACKS CROSS RD, MEMPHIS, TN 38125

**Received by**
R.THOMAS

**Report missing package**

### How was your delivery?



## Tracking details

| | |
|---|---|
| **Tracking ID** | 886684096562 |
| **From** | Brenda K. Leavy<br>5036 OVERVIEW RIDGE CV<br>MEMPHIS, TN, US<br>38141 |
| **To** | Federal Express Corporation<br>3620 HACKS CROSS RD<br>MEMPHIS, TN, US<br>38125 |
| **Ship date** | Wed 12/03/2025 04:32 PM |
| **Number of pieces** | 1 |
| **Total shipment weight** | 0.50 LB |
| **Service** | FedEx Economy |

**TRACK SHIPMENT**



### FedEx can ship for less than the Post Office

Two day shipping, one flat rate. FedEx One Rate®. Exclusions apply. Visit fedex.com/onerate for details.

**EXPLORE FEDEX ONE RATE®**

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:49 AM CST 12/04/2025.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2025 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our Privacy Notice. All rights reserved.

Thank you for your business.

ID   1026