## Fw: Supplemental Rule 11 Safe Harbor Notice – Additional Supporting Facts

| | |
|---|---|
| From: | Brenda Meeks (bkmeeks1@att.net) |
| To: | joseph.reafsnyder@fedex.com; robbin.hutton@fedex.com; barak.babcock@fedex.com |
| Cc: | bkmeeks1@att.net; jennifer.wright@fedex.com; letiticia.jackson@fedex.com; csressler@fedex.com; lshondar@yahoo.com; stefanie.chapman@fedex.com; tmpirela@fedex.com |
| Date: | Sunday, December 7, 2025 at 05:52 PM CST |

Contrary to Defendant's representation to the Court (ECF 39-7, PageID 441) that the matter was thoroughly investigated by its Legal Department, **no internal investigation was conducted prior to my termination, and I was never contacted.** I had explicitly requested that an independent organization conduct the investigation, given that Karen Galambos, who supervised the department responsible for investigations, had a clear conflict of interest. This request was ignored.

> ----- Forwarded Message -----
> **From:** Brenda Meeks <bkmeeks1@att.net>
> **To:** J.B. Reafsnyder <joseph.reafsnyder@fedex.com>; Robbin Wilson Hutton <robbin.hutton@fedex.com>
> **Cc:** Brenda Leavy <bkmeeks1@att.net>; LaShonda Ray <lshondar@yahoo.com>; Jennifer.Wright@fedex.com <jennifer.wright@fedex.com>; letiticia.jackson@fedex.com <letiticia.jackson@fedex.com>; csressler@fedex.com <csressler@fedex.com>; stefanie.chapman@fedex.com <stefanie.chapman@fedex.com>; jennifer.wright@fedex.com <jennifer.wright@fedex.com>; tmpirela@fedex.com <tmpirela@fedex.com>; barak.babcock@fedex.com <barak.babcock@fedex.com>
> **Sent:** Sunday, December 7, 2025 at 05:48:27 PM CST
> **Subject:** Supplemental Rule 11 Safe Harbor Notice – Additional Supporting Facts
>
> Dear Mr. Reafsnyder and Ms. Hutton,
>
> This email serves as an **additional supplement** to the Rule 11 Safe Harbor notice previously served on December 4, 2025, regarding Plaintiff Brenda Leavy's claims.
>
> This supplement provides further supporting facts and clarifications for your consideration but **does not extend or reset the original 21-day Safe Harbor period**.
>
> The key additions include:
>
> 1. **Reafsnyder's signed summary judgment** and its contradictions with FedEx's appellate concession of ADA disability.
> 2. **Disputable statements of fact** in prior filings, including after-the-fact performance criticisms and the RIF narrative.
> 3. **FedEx's lack of internal investigation**, coaching, or documentation prior to Plaintiff's termination.
>
> Plaintiff respectfully requests that Defendant review this supplemental notice and take any appropriate corrective action under Rule 11 within the original Safe Harbor period.
>
> Thank you for your attention to this matter.
>
> Respectfully,
> **Brenda Leavy**
>
> **Attachment:** Supplemental Rule 11 Notice – Reafsnyder Summary Judgment, Disputable Facts, Lack of Internal Investigation



SUPPLEMENTAL NOTICE OF POTENTIAL RULE 11 VIOLATIONS.pdf
179.9 kB