IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| Brenda Kay Leavy, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case 2:19-cv-02705-JTF-tmp |
| vs. | ) |
| | ) |
| | ) |
| | ) |
| FedEx Corporation, | ) |
| | ) |
| Defendant, | ) |

**DESIGNATION OF THE RECORD ON APPEAL**

Plaintiff Brenda Kay Leavy, *pro se*, pursuant to Fed. R. App. P. 10(b), hereby designates the following items from the record of the United States District Court for the Western District of Tennessee, Western Division, Case No. 2:19-cv-02705-JTF-tmp, **to be included in the record on appeal:**

**I. Pleadings and Motions Relevant to Underlying Judgment**

1. **Docket 1 (10/16/2019)** – Leavy's Complaint for Employment Discrimination.
2. **Docket 9 (11/18/2019)** – FedEx Corporation Answer.
3. **Docket 26 (07/06/2020)** – Leavy's Motion for Summary Judgment.
4. **Docket 31 (07/25/2020)** – FedEx Motion for Summary Judgment.
5. **Docket 35 (08/17/2020)** – FedEx Response to Leavy's Motion for Summary Judgment.
6. **Dockets 36–38 (08/19/2020)** – Leavy's Opposition/Statement of Facts.
7. **Docket 39 (08/19/2020)** – Notice of Exhibits by Leavy.
8. **Docket 40 (08/25/2020)** – Leavy's Reply/Response re FedEx MSJ.
9. **Docket 41 (08/26/2020)** – Leavy's Motion for Leave to File Excess Pages.

10. **Docket 43 (09/02/2020)** – FedEx Reply/Response re MSJ.
11. **Docket 44 (09/04/2020)** – Leavy's Sur-reply.
12. **Docket 48 (02/18/2021)** – Magistrate Judge's Report & Recommendations.
13. **Docket 49 (03/02/2021)** – Leavy Objection to R&R.
14. **Docket 50 (03/17/2021)** – FedEx Response to Objection.
15. **Docket 52 (08/23/2021)** – District Court Order adopting R&R, denying Leavy MSJ, granting FedEx MSJ.
16. **Docket 53 (08/23/2021)** – District Court Judgment.

## II. Prior Appeals / Context (Optional, for Mandate / Jurisdiction Context)

1. **Docket 54 (09/13/2021)** – Notice of Appeal (first appeal).
2. **Docket 55 (09/13/2021)** – Motion for Leave to Appeal IFP.
3. **Docket 57 (09/16/2021)** – Prior Designation of Record.
4. **Dockets 60, 63–69** – USCA orders re first appeal (optional for mandate / jurisdictional context).

## III. Rule 60(b)(4) Motion & Rule 11 Motion

1. **Docket 70 (11/14/2025)** – Motion to Vacate Judgment (Rule 60(b)(4))
   - **Exhibits**:
     - Exhibit 1: Declaration(s) supporting Rule 60(b)(4) motion.
     - Exhibit 2: Incomplete medical certificate submitted by FedEx.
     - Exhibit 3: Completed medical certificate submitted by Leavy.
     - Other exhibits directly related to void judgment argument.
2. **Docket 71 (11/18/2025)** – Notice of Clarification Regarding Rule 60(b)(4) Motion (Attachments as above).
3. **Docket 72 (11/19/2025)** – Supplemental Memorandum in Support (includes attachments clarifying medical certificate issues and procedural defects).
4. **Docket 73 (12/04/2025)** – Motion for Sanctions (Rule 11)
   - **Exhibits**: Key evidence of FedEx concessions, misrepresentations, or inaction.
5. **Docket 74 (12/18/2025)** – Order Denying Motion to Vacate and Motion for Sanctions.
6. **Docket 76 (12/22/2025)** – Plaintiff's Objection to Order Denying Motion (with Exhibits highlighting medical certificate issues and procedural defects).

## IV. Additional / Contextual Items

- Exhibits from Dockets **70, 72, 73, 76** showing:
    1. Completed medical certificate vs. incomplete certificate submitted by FedEx (critical to show what the court ignored).
    2. Declarations supporting your Rule 60(b)(4) claim.
    3. Prior EEOC notice of right to sue.
    4. Evidence of procedural defects or judicial inaction.
- Text Orders for procedural context, if relevant (e.g., Dockets 20, 30, 34, 42)

**Respectfully submitted,**

/s/Brenda Kay Leavy
Brenda Kay Leavy, *Pro Se*
Email: bkmeeks1@att.net


December 22, 2025

# CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2025, I electronically served a true and correct copy of the foregoing Designation of the Record on Appeal on counsel for Defendant by electronic mail, addressed as follows:

Mr. Barak Jonathan Babcock
Federal Express Corporation
3620 Hacks Cross Road
Building B 3rd Floor
Memphis, TN 38125

Service was made pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.

**Respectfully submitted,**

/s/Brenda Kay Leavy
Brenda Kay Leavy, *Pro Se*
Email: bkmeeks1@att.net