## Rule 11 Safe Harbor – Service of Supplemental Motion for Sanctions

From:  Brenda Meeks (bkmeeks1@att.net)

To:      joseph.reafsnyder@fedex.com; robbin.hutton@fedex.com

Cc:      bkmeeks1@att.net; lshondar@yahoo.com

Date:  Friday, December 5, 2025 at 08:30 PM CST

Dear Mr. Reafsnyder and Ms. Hutton,

Pursuant to Fed. R. Civ. P. 11(c)(2), this email serves as **Plaintiff's Supplemental Submission** to her pending Rule 11 Motion for Sanctions in *Leavy v. Federal Express Corporation*, Case No. 2:19-cv-02705-JTF-tmp.

I am **not attaching the exhibits**.
Instead, I am citing them by their official court record locations below:

- **Declaration of Robbin W. Hutton – ECF 31-5, PageID 233–234**

- **Letter from Sharon Daniel to West Cancer Center – ECF 31-5, PageID 236–237**

- **Subpoena signed by Robbin W. Hutton – ECF 31-5, PageID 238–242**

The **full text** of the Supplemental Rule 11 filing appears below this email.

This service is made under the **21-day Safe Harbor** provision.
Please confirm receipt at your earliest convenience.

Respectfully,
**Brenda K. Leavy, Pro Se**
5036 Overview Ridge Cv
Memphis, TN 38141
bkmeeks1@att.net



Supplemental Rule 11.pdf
212.8 kB