## Fw: Supplemental Rule 11 Safe Harbor Notice – Additional Supporting Facts

| | |
|---|---|
| From: | Brenda Meeks (bkmeeks1@att.net) |
| To: | joseph.reafsnyder@fedex.com; robbin.hutton@fedex.com; barak.babcock@fedex.com |
| Cc: | bkmeeks1@att.net; jennifer.wright@fedex.com; letiticia.jackson@fedex.com; csressler@fedex.com; lshondar@yahoo.com; stefanie.chapman@fedex.com; tmpirela@fedex.com |
| Date: | Sunday, December 7, 2025 at 05:52 PM CST |

Contrary to Defendant's representation to the Court (ECF 39-7, PageID 441) that the matter was thoroughly investigated by its Legal Department, **no internal investigation was conducted prior to my termination, and I was never contacted.** I had explicitly requested that an independent organization conduct the investigation, given that Karen Galambos, who supervised the department responsible for investigations, had a clear conflict of interest. This request was ignored.

----- Forwarded Message -----
**From:** Brenda Meeks <bkmeeks1@att.net>
**To:** J.B. Reafsnyder <joseph.reafsnyder@fedex.com>; Robbin Wilson Hutton <robbin.hutton@fedex.com>
**Cc:** Brenda Leavy <bkmeeks1@att.net>; LaShonda Ray <lshondar@yahoo.com>; Jennifer.Wright@fedex.com <jennifer.wright@fedex.com>; letiticia.jackson@fedex.com <letiticia.jackson@fedex.com>; csressler@fedex.com <csressler@fedex.com>; stefanie.chapman@fedex.com <stefanie.chapman@fedex.com>; jennifer.wright@fedex.com <jennifer.wright@fedex.com>; tmpirela@fedex.com <tmpirela@fedex.com>; barak.babcock@fedex.com <barak.babcock@fedex.com>
**Sent:** Sunday, December 7, 2025 at 05:48:27 PM CST
**Subject:** Supplemental Rule 11 Safe Harbor Notice – Additional Supporting Facts

Dear Mr. Reafsnyder and Ms. Hutton,

This email serves as an **additional supplement** to the Rule 11 Safe Harbor notice previously served on December 4, 2025, regarding Plaintiff Brenda Leavy's claims.

This supplement provides further supporting facts and clarifications for your consideration but **does not extend or reset the original 21-day Safe Harbor period**.

The key additions include:

1. **Reafsnyder's signed summary judgment** and its contradictions with FedEx's appellate concession of ADA disability.
2. **Disputable statements of fact** in prior filings, including after-the-fact performance criticisms and the RIF narrative.
3. **FedEx's lack of internal investigation**, coaching, or documentation prior to Plaintiff's termination.

Plaintiff respectfully requests that Defendant review this supplemental notice and take any appropriate corrective action under Rule 11 within the original Safe Harbor period.

Thank you for your attention to this matter.

Respectfully,
**Brenda Leavy**

**Attachment:** Supplemental Rule 11 Notice – Reafsnyder Summary Judgment, Disputable Facts, Lack of Internal Investigation



SUPPLEMENTAL NOTICE OF POTENTIAL RULE 11 VIOLATIONS.pdf
179.9 kB