IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| BRENDA KAY LEAVY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-cv-02705-JTF-tmp |
| ) | |
| FEDEX CORPORATION, ) | |
| ) | |
| **Defendant.** ) | |

## SUPPLEMENTAL NOTICE OF POTENTIAL RULE 11 VIOLATIONS

Plaintiff Brenda Leavy provides this supplemental notice pursuant to the Rule 11 Safe Harbor previously served on December 4. 2025. This supplement adds further supporting facts and clarifications regarding Defendant's prior filings. This notice **does not extend or reset the original 21-day Safe Harbor period**.

### I. Reafsnyder's Signed Summary Judgment

1. Defendant submitted sworn statements in summary judgment asserting that Plaintiff was terminated as part of a workforce reduction and due to performance deficiencies (ECF 31, PageID 77-94).

2. These statements are **directly contradicted** by Defendant's later concession on appeal that Plaintiff qualified as disabled under the ADA and was entitled to accommodation.

### II. Disputable Statements of Fact

1. Defendant's prior filings include material factual assertions that are **disputed**, including after-the-fact performance criticisms and the alleged "RIF" justification (ECF 31-1, PageID 96-104).

1

2. These statements are contradicted by:
    - Plaintiff's **three prior positive performance evaluations**
    - Contemporaneous employee records
    - Subpoenaed West Cancer Center records
    - Robin Hutton declaration (ECF 31-5, PageID 233-234)
    - Sharon Daniel letter (ECF 31-5, PageID 236-237)

## III. Misrepresented or Non-Existent Investigation

1. Defendant represented to the Court that the matter had been thoroughly investigated by its Legal Department and found unsubstantiated (ECF 39-7, PageID 441).
2. This representation is **inaccurate**, as no internal investigation was conducted prior to Plaintiff's termination.
3. Plaintiff was **never contacted** regarding any alleged investigation.
4. Plaintiff had requested that an independent organization conduct the investigation due to a **conflict of interest**, as Karen Galambos supervised the department responsible for investigations. This request was ignored.

## IV. Purpose of Supplemental Notice

Plaintiff provides this supplemental notice to ensure that Defendant has the opportunity to correct or withdraw materially inaccurate factual representations. Plaintiff respectfully requests that Defendant provide a **detailed explanation regarding the investigation**, including why no one contacted Plaintiff and why her request for an independent review was disregarded. Plaintiff reserves the right to file a formal Rule 11 motion should Defendant fail to respond within the original Safe Harbor period.

Respectfully submitted,


**/s/ Brenda Kay Leavy**
Brenda Leavy, *Pro Se*

2