Generated: Jan 5, 2026 11:17AM

Page 1/1



# U.S. District Court

## Tennessee Western - Memphis

BRENDA LEAVY

Receipt Date: Jan 5, 2026 11:17AM

Rcpt. No: 200008126          Trans. Date: Jan 5, 2026 11:17AM          Cashier ID: #CM (6813)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | DTNW219CV002705 /001 Brenda Leavy | 1 | 605.00 | 605.00 |

| CD | Tender | | Amt |
|----|--------|--|-----|
| CC | Credit Card | | $605.00 |
| | Total Due Prior to Payment: | | $605.00 |
| | Total Tendered: | | $605.00 |
| | Total Cash Received: | | $0.00 |

Questions/Comments: Please contact USDC-TN Western (Memphis) at 901.495.1200.