**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| BRENDA KAY LEAVY,<br>Plaintiff,<br><br>v.<br><br>FEDEX CORPORATION,<br>Defendant. | ) | No. 2:19-cv-02705-SHL-tmp |

**ORDER DENYING MOTION FOR SANCTIONS**

Before the Court is Leavy's Motion for Sanctions Pursuant to Rule 11 (ECF No. 79), filed December 29, 2025. At the time the Motion was filed, the Court had granted summary judgment (ECF No. 52) to Defendant and entered judgment (ECF No. 53), closing the case. Several Orders were then appealed by Leavy, which were all denied. She filed a motion to vacate the judgment (ECF No. 70) on November 13, 2025, and a Motion for Sanctions (ECF No. 73) on December 4, 2025. Both Motions were denied on December 18, 2025 (ECF No. 74), and, on December 21, 2025, she filed a Notice of Appeal (ECF No. 75).

Despite the previous ruling on her Motion for Sanctions and the overall posture of the case that she had just lost, she filed another Motion for Sanctions (ECf No. 79) on December 29, 2025, which remains pending before the Court. On July 24, 2026, the Court's denial of Leavy's Motion to vacate the judgment was affirmed by the Sixth Circuit Court of Appeals.

In the still pending motion, Leavy maintains that FedEx should be sanctioned for "maintaining claims, defenses or submissions that are frivolous, legally unreasonable or unsupported by evidence…" However, FedEx won the case. Therefore, the Motion for Sanctions is **DENIED**.

**IT IS SO ORDERED,** this 30th day of September, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE